No. 420. STEIGLEDER *v.* EBERHARD FABER PENCIL CO. ET AL. C. A. 1st Cir. Certiorari denied. *Herbert S. Avery* for petitioner. *Herbert W. Kenway, Raymond L. Greist* and *J. Bernhard Thiess* for respondents.

No. 368. ROSENBLUM *v.* UNITED STATES;
No. 369. STRYK *v.* UNITED STATES; and
No. 370. WEISS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE MINTON took no part in the consideration or decision of this application. *Albert Ward, Palmer K. Ward* and *William B. Harrell* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, James M. McInerney, Ellis N. Slack* and *John H. Mitchell* for the United States.

No. 382. BELSER *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. MR. JUSTICE BLACK took no part in the consideration or decision of this application. *Irvine F. Belser, Carlisle Roberts, W. Croft Jennings, C. T. Graydon* and *W. S. Pritchard* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, A. F. Prescott* and *Fred E. Youngman* for respondent.

No. 392. CHARLES L. HARNEY CONSTRUCTION CO. (FORMERLY PALM SPRINGS HOLDING CORP.) *v.* FLEMING, ADMINISTRATOR, FEDERAL WORKS AGENCY, ET AL. United States Court of Appeals for the District of Columbia Circuit. Larson, Administrator of General Services, substituted as the party respondent. Certiorari denied. *Harold Leventhal, David B. Gideon* and *John J. Courtney* for petitioner. *Solicitor General Perlman, Assistant At-*